UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VEGA, JR.,<br><br>             Petitioner,<br><br>     v.<br><br>MR. BIRKHOLZ,<br><br>             Respondent. | Case No. 2:25-cv-02098-SRM-DTB<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [26]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Dkt. 1, Respondent's Motion to Dismiss, Dkt. 21, the Report and Recommendation of United States Magistrate Judge, Dkt. 26, and the record in this case. No objections to the Report and Recommendation have been filed.

//

//

//

The Court agrees with and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss. Dkt. 21. The Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**. Dkt. 1. Judgment will be separately entered.

    **IT IS SO ORDERED.**

Dated: March 27, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-