JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PATRICK VEGA, JR.,

                Petitioner,

      v.

MR. BIRKHOLZ,

                Respondent.

Case No. 2:25-cv-02098-SRM-DTB

**JUDGMENT**

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

Dated: March 27, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-